KENNETH H. TURNBULL and Others, Appellants, Respondents, v. LONGACRE BANK, Respondent, Appellant. ISRAEL BRINKMAN and Others, Respondents.— Judgment modified by awarding the dividends on the certificates in question to the defendant Longacre Bank, and that new certificates be issued to said defendant on surrender of the original certificates which were stolen; and as so modified affirmed, with costs to defendant, respondent, Longacre Bank. No opinion.

Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

JUNGMANN & COMPANY, INC., Respondent, v. ATTERBURY BROTHERS, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.